FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 JUL 27 P 2: 49

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DONNY D. HAMPTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV407-073 |
| OFFICER S. HILLENBRAND, et al., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated June 8, 2007, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by July 10, 2007 would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 26TH day of July, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA